# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# NO. 5:18-CV-00151-D

| | |
|---|---|
| TIMOTHY DANEHY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| COMENITY BANK, | ) |
| Defendant. | ) |

THIS CAUSE came before the Court for consideration of Defendant's Motion to Withdraw Appearance of J. Christopher Suedekum filed by the Defendant. Based on the Motion, it is hereby ORDERED that the Motion is GRANTED.

DONE AND ORDERED on July 2, 2018.

_____
UNITED STATES DISTRICT JUDGE